**Morgan Lewis**

**MEMO ENDORSED**

**Leni D. Battaglia**
Partner
+1.212.309.7177
leni.battaglia@morganlewis.com

> Granted. The pre-motion conference is hereby adjourned to October 5, 2021 at 4:00 p.m. The parties are directed to dial (877) 411-9748 at that time and enter access code 3029857, followed by the pound (#) sign. The Clerk of Court is respectfully directed to terminate the motion. Doc. 13.
>
> So ordered.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 9/3/2021
> New York, New York

**VIA ECF**

September 2, 2021

The Honorable Edgardo Ramos, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

Re: Jun Young Lim v. Radish Media, Inc. an Seung-Yoon Lee, Case No. 21-CV-04379 (ER)

Dear Judge Ramos,

We represent Defendants Radish Media, Inc. and Seung-Yoon Lee ("Defendants") in the above referenced action. Pursuant to Rule 1(E) of Your Honor's Individual Practices, we write to request an adjournment of the telephonic pre-motion conference scheduled by the Court for September 8, 2021 at 9:30 a.m. (Dkt. No. 10).

Defendants' counsel requests a brief adjournment due to the upcoming Labor Day and Rosh Hashanah holidays. No previous adjournments of this conference have been requested, and this adjournment does not affect any other scheduled dates. Plaintiff's counsel consents to this request, and the parties have conferred regarding their availability. The parties propose the conference be rescheduled for one of the following dates and times, subject to the Court's availability:

- September 13th, 2021 between 9:00 a.m. and 5:00 p.m.; or
- September 14th, 2021 between 9:00 a.m. and 1:45 p.m. or between 3:15 p.m. and 5:00 p.m.

We thank the Court in advance for its consideration of this request.

Sincerely,

*/s/ Leni D. Battaglia*
Leni D. Battaglia

cc: Counsel of Record (by ECF)

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060          T +1.212.309.6000
United States                    F +1.212.309.6001