**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUN YOUNG LIM,

                      Plaintiff,

   -against-                                                  21 **CIVIL** 4379 (ER)

                                                                             **<u>JUDGMENT</u>**

RADISH MEDIA, INC. and SEUNG YOON LEE,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 24, 2022, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       June 24, 2022

                                                                  **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                            **BY:**         *K. Mango*

                                                                    **Deputy Clerk**