UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUN YOUNG LIM,

                Plaintiff,

            – *against* –

RADISH MEDIA, INC. and SEUNG YOON LEE,

                Defendants.

**ORDER**

21 Civ. 4379 (ER)

RAMOS, D.J.:

      Defendants have moved to dismiss the second amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Doc. 44. Lim shall respond to the motion by October 1, 2024. Defendants shall reply by October 8, 2024.

It is SO ORDERED.

Dated:    September 11, 2024
              New York, New York

                                              EDGARDO RAMOS, U.S.D.J.