UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUN YOUNG LIM,

                Plaintiff,

-against-                                         21 **CIVIL** 4379 (ER)

## **JUDGMENT**

RADISH MEDIA, INC., and SEUNGYOON
LEE,

                Defendants.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 10, 2025, Defendants' motion to dismiss is GRANTED. Lim's promissory estoppel claim is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       June 10, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                           **BY:**        K. Mango

                                                          **Deputy Clerk**